WILLIS T. HONSINGER et al., Respondents, v. JOHN MULFORD,
Appellant.

*Honsinger* v. *Mulford*, 90 Hun, 589, affirmed.
(Argued October 10, 1898; decided October 18, 1898.)

APPEAL from a judgment and order of the late General
Term of the Supreme Court in the third judicial department,

entered December 14, 1895, affirming a judgment in favor of plaintiffs entered upon a verdict, and an order denying a motion for a new trial.

*T. F. Conway* for appellant.

*L. L. Shedden* for respondents.

*Per Curiam.* We think this case should be affirmed upon the prevailing opinion below and upon our decision in *Matthews* v. *Matthews* (154 N. Y. 288), an authority precisely in point upon the necessity of pleading the defense of the Statute of Frauds, in order that it may be available upon the trial to defeat the validity of the contract sued upon by the plaintiff upon that ground.

Judgment and order affirmed, with costs.

All concur.